IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Newport News Division

FILED
IN OPEN COURT

SEP - 9 2020

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 4:20CR57 |
| v. ) | |
| ) | |
| PATRICIA NEVILLE ) | 18 U.S.C. § 1503 |
| ) | Obstruction of Justice |

### INDICTMENT

SEPTEMBER 2020 Term - At Norfolk, Virginia

THE GRAND JURY CHARGES THAT:

On or about March 11, 2020, in Norfolk, Virginia, in the Eastern District of Virginia the defendant, PATRICIA NEVILLE, did corruptly endeavor to influence, obstruct and impede the due administration of justice in United States v. Joshua Pope, in the United States District Court for the Eastern District of Virginia by presenting false testimony that Joshua Pope was not involved in assaulting PATRICIA NEVILLE on or about July 15, 2019.

(All in violation of Title 18, United States Code, §1503)

1

Pursuant to the E-Government,
the original of this page has ...
under seal in the Clerk's Office.

UNITED STATES V. PATRICIA NEVILLE, 4:20CR 57

A TRUE BILL: **REDACTED COPY**

_____
FOREPERSON


G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By *[signature]*
Eric M. Hurt
Assistant United States Attorney
Virginia State Bar No. 35765
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606